# In The United States Court of Federal Claims

## Cover Sheet

04-1187C

Plaintiff(s) or Petitioner(s)
Don Worley & Company, LLC

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Michael I. Less

Firm Name: Less, Getz & Lipman

Post Office Box:

Street Address: 100 Peabody Place, Suite 1000

City-State-Zip: Memphis, TN 38103

Telephone & Facsimile Numbers: 901-525-8700(phone) 901-525-3569 (fax)

E-mail address:

Is the attorney of record admitted to the Court of Federal Claims Bar? See attached petition for admission
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 711,450.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003