IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 30-day enlargement of time, to and including October 20, 2004, within which to file its response to the complaint. Our response is currently due on September 20, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Army Corps of Engineers, as required by 28 U.S.C. § 520. Agency counsel has stated that the agency is working diligently to complete the litigation report and that it will be provided to the undersigned as soon as possible. Therefore, the additional time is requested to allow agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the

Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 30 days, to and including October 20, 2004, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972
Attorneys for Defendant

September 16, 2004

Certificate of Filing

I hereby certify that on September 16, 2004, a copy of the foregoing "Defendant's Unopposed Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp