IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S ANSWER

For its answer to the complaint, defendant, the United States, admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. Denies.

3. The allegation contained in the first sentence of paragraph 3 constitutes a conclusion of law to which no answer is required. Admits that the contracting officer did not issue a final decision; otherwise denies the allegations contained in the second sentence of paragraph 2. Admits the allegations contained in the third sentence of paragraph 3 to the extent they are supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the third sentences of paragraph 3.

4. Admits the allegations contained in paragraph 4 to the extent supported by the contract cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. Admits the allegations contained in paragraph 5 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Denies.

7. Denies.

8. Defendant's responses to paragraphs 1 through 7 of the complaint are incorporated by reference.

9. Denies the allegations contained in the first clause of paragraph 9. Admits, in response to the allegations of subparagraph (9)(a), that defendant should not have charged liquidated damages for Sunday, September 19; otherwise denies the allegations contained in subparagraph 9(a); denies the allegations contained subparagraphs 9(b) through 9(i).

10. Denies.

11. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 10, or to any relief whatsoever.

12. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor in an amount to be determined at trial, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

October 20, 2004

Attorneys for Defendant

## Certificate of Filing

I hereby certify that on October 20, 2004, a copy of the foregoing "Defendant's Answer" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp