IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties jointly move to modify the current scheduling order, and particularly to enlarge the period provided for conducting fact discovery from May 16, 2005, to and including August 1, 2005, with a rescheduling of the sequence of additional deadlines provided in the original scheduling order of December 15, 2004, as proposed below. This is the parties' first request to enlarge the discovery period.

The parties are currently in the process of exchanging discovery documents and scheduling depositions. The parties have been diligent in this process. However, the parties request additional time to complete discovery for three reasons. First, two days after the December 15, 2004 scheduling order was entered, defendant's trial counsel was assigned to be part of a team of attorneys that tried the case of Short Brothers, PLC v. United States, No. 98-894C (Fed. Cl.). Trial of that case took place on January 11-13 and February 7-25, 2005. Second, in February 2005, Elizabeth B. Stengel replaced Ted M. Hayden as the attorney primarily responsible for handling this action on behalf of plaintiff. Third, Ms. Stengel had surgery at The Methodist Hospital Germantown on April 7, 2005. The anticipated period of

recovery, according to Ms. Stengel's surgeon and physician, is approximately six weeks. Ms. Stengel is scheduled to return to her office on or about May 23, 2005.

As a result of these unanticipated events, the parties jointly request that the deadlines contained in the December 15, 2004 scheduling order be extended by eleven weeks, as follows:

| | |
|---|---|
| Close of Fact Discovery: | August 1, 2005 |
| Plaintiff's Expert Report Due: | August 1, 2005 |
| Defendant's Expert Report Due: | August 31, 2005 |
| Deadline for Expert Depositions: | September 30, 2005 |
| Joint Status Report: | October 14, 2005 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Michael I. Less
MICHAEL I. LESS
Less, Getz & Lipman
100 Peabody Place, Suite 1000
Memphis, TN 38103
Tele: (901) 525-8700
Fax: (901) 525-3569

Attorney for Plaintiff

/s Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972
Attorneys for Defendant

April 13, 2005