IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER

Defendant, the United States, respectfully requests that the Court modify the April 13, 2005 scheduling order ("scheduling order"), to enlarge the period provided for conducting fact discovery from August 1, 2005 to September 30, 2005, as well as the other deadlines provided in the scheduling order. The parties previously requested, in a joint motion, an enlargement of 75 days, which was granted. Counsel for plaintiff has informed us that plaintiff does not oppose this motion.

The parties have completed written discovery and the exchange of documents. However, due to unanticipated delays in retrieving, producing, and copying the large number of documents that have been produced (many of which are oversized color engineering drawings that required special handling), the exchange of documents did not occur with sufficient time left in the discovery period for the taking of depositions.

As a result of these unanticipated events, defendant respectfully request that the deadlines contained in the scheduling order be extended as follows:

| | |
|---|---|
| Close of Fact Discovery: | September 30, 2005 |
| Plaintiff's Expert Report Due: | September 30, 2005 |

| | |
|---|---|
| Defendant's Expert Report Due: | October 31, 2005 |
| Deadline for Expert Depositions: | December 2, 2005 |
| Joint Status Report: | December 16, 2005 |

For the reasons stated above, defendant respectfully requests that the Court grant this enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972
Attorneys for Defendant

July 29, 2005

CERTIFICATE OF FILING

I hereby certify that on July 29, 2005, a copy of the foregoing "Defendant's Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp