IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER

Defendant, the United States, respectfully requests that the Court modify the August 1, 2005 scheduling order ("scheduling order"), to enlarge the period provided for conducting fact discovery by 77 days, from September 30, 2005, to December 16, 2005, as well as the other deadlines provided in the scheduling order. The parties previously requested, in a joint motion, an enlargement of 75 days, and defendant subsequently a further enlargement of 60 days, both of which were granted. Counsel for plaintiff has informed us that plaintiff does not oppose this motion.

This request is being made as a result of delays caused by Hurricane Katrina. The parties have completed written discovery and the exchange of documents, and intended to complete the taking of depositions this September. However, defendant's employees work for the Memphis District of the Army Corps of Engineers, which has been assigned a lead role in alleviating flooding in New Orleans. Most of the persons that plaintiff intends to depose have been, or expect to be, working in New Orleans as flood relief efforts continue.

The Corps of Engineers currently projects that its mission to drain the floodwaters in New Orleans will be completed in early October. However, it is not possible at this time to predict

exactly when the mission will be completed, nor is it practical to coordinate scheduling with witnesses while the mission is progress. Accordingly, defendant proposes the following schedule be adopted:

| | |
|---|---|
| Close of Fact Discovery: | December 16, 2005 |
| Plaintiff's Expert Report Due: | January 27, 2006 |
| Defendant's Expert Report Due: | February 24, 2006 |
| Deadline for Expert Depositions: | March 31, 2006 |
| Joint Status Report: | April 14, 2006 |

For the reasons stated above, defendant respectfully requests that the Court grant this enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

September 29, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 29, 2005, a copy of the foregoing "Defendant's Motion To Modify Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp