**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DON WORLEY & COMPANY, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 1: 04-cv-1187** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Counsel for the plaintiff, Less, Getz & Lipman, PLC ("LGL"), hereby moves for an order allowing it and its members to withdraw as counsel of record for the plaintiff, Don Worley & Company, LLC ("Worley"). In support of this motion, LGL states that Worley is no longer cooperating or communicating with counsel of record and has failed to respond to several requests for information.

WHEREFORE, LGL respectfully requests that the motion be granted and it be allowed to withdraw as counsel for Worley.

Respectfully,

/s/ Michael I. Less

Michael I. Less TN BPR No. 8170
Less, Getz & Lipman, PLC
100 Peabody Place, Suite 1000
Memphis, TN 38103
(901) 525-8700 phone
(901) 525-3569 facsimile
Attorneys for Don Worley & Company, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2005 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to:

Roger A. Hipp
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-ECF participant:

Don Worley
Don Worley & Company, LLC
605 Roosevelt Drive
Andalusia, AL 36420

/s/ Michael I. Less
Michael I. Less

H:\DOCS\4806\pld ebs - motion to withdraw as counsel for plaintiff.wpd