# The United States Court of Federal Claims

**No: 04-1187 C**

December 22, 2005

**DON WORLEY & COMPANY, LLC,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER GRANTING MOTION TO WITHDRAW AND INSTRUCTING PLAINTIFF TO OBTAIN NEW COUNSEL**

On December 2, 2005, counsel for the plaintiff filed a motion with this court seeking leave to withdraw as counsel of record for the plaintiff. In his motion plaintiff's counsel indicated that plaintiff "is no longer cooperating or communicating with counsel or record and has failed to respond to several requests for information." Counsel also served plaintiff notice of this motion pursuant to Rule 83.1(c)(6) of the Rules for the Court of Federal Claims. Having complied with the rules of this court for the withdrawal of an attorney of record, counsel's motion is **GRANTED**. Counsel is also **ORDERED** to mail a copy of this order by U.S. Certified Mail to plaintiff at its last known place of business.

The court's rules explicitly state that "[a] corporation may only be represented by counsel." Rule 83.1(c)(8) of the Rules of the Court of Federal Claims. As the United States Court of Appeals for the Federal Circuit, whose opinions are binding precedent on this court, has noted, "[t]he requirement of Rule [83.1(c)(8)] that a corporation be represented by an attorney in the Court of Federal Claims is clear and unqualified, and the plain language of the rule does not contemplate exceptions." *Talasila, Inc. v. United States*, 240 F.3d 1064, 1067 (Fed. Cir. 2001) (analyzing the predecessor rule to current Rule 83.1(c)(8)); *see also Curtis v. United States*, 63 Fed. Cl. 172 (2004).

Accordingly, Don Worley & Company, LLC is not permitted to appear in this court as a *pro se* litigant, unrepresented by counsel. Therefore, plaintiff is **ORDERED** to obtain an attorney who is admitted to practice in this court to represent Don Worley & Company, LLC in this proceeding. Plaintiff shall respond to this order no later than **Tuesday, January 17, 2006**, or plaintiff's complaint shall be dismissed for failure to comply with a court order pursuant to Rule 41(b).

The Clerk of the Court is instructed to mail a copy of this order by U.S. Certified Mail to plaintiff at its last known place of business.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

Lawrence J. Block
Judge