# In the United States Court of Federal Claims

**04-1187C**

**Filed: February 7, 2006**

**DON WORLEY & COMPANY, LLC**

**v.**

**THE UNITED STATES**

MOTION FOR EXTENSION OF TIME
TO EMPLOY COUNSEL

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.