# In the United States Court of Federal Claims

**04-1187C**

**Filed: February 7, 2006**

**DON WORLEY & COMPANY, LLC**

**v.**

**THE UNITED STATES**

ORDER FILING PAPER SUBMISSION BY LEAVE OF COURT AND STAYING CASE PENDING APPEARANCE OF COUNSEL ON BEHALF OF PLAINTIFF

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.