**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DON WORLEY & COMPANY, LLC** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 1: 04-cv-1187** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW The Hayden Law Firm, PLLC, and hereby enters its Notice of Appearance as counsel of record for the Plaintiff, Don Worley & Company, LLC, having been retained by the Plaintiff to represent its interests in the cause, and having been admitted to the bar of this Court.

Respectfully,

/s/Ted M. Hayden________________

Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile
Attorneys for Don Worley & Company, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July ______, 2006 I electronically filed the foregoing with

the Clerk of the Court using the ECF system which I sent notification to:

Roger A. Hipp
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20520

/s/ Ted M. Hayden_____________
Ted M. Hayden