IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO FILE JOINT STATUS REPORT

Defendant, the United States, respectfully requests that the Court enlarge by 14 days, from August 31, 2006, September 14, 2006, the deadline for the parties to submit a joint status report pursuant to the Court's order dated August 8, 2006. This is our first request for an enlargement of time for this purpose. We have attempted to reach counsel for plaintiff, Don Worley & Company, LLC ("Worley"), to determine whether plaintiff will oppose this motion, but have not been successful in reaching plaintiff's counsel by telephone.

This enlargement is requested because the undersigned trial attorney is counsel for defendant in a procurement protest case, Automation Technologies, Inc. v. United States, No. 06-599C (Fed. Cl.), that was filed on August 22, 2006. In that case, counsel for the Government has been responsible for preparing a brief in opposition to plaintiff's request for injunctive relief (filed on August 25), attending an initial hearing (held on August 28), preparing a supplemental brief (filed on August 29), and preparing for a second hearing that is scheduled for August 31. Although we have had some discussions with plaintiff's counsel concerning the

status report, we have not been able to finalize the report due to counsel's obligations in Automation Technologies.

For the reasons stated above, defendant respectfully requests that the Court grant this enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

August 30, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 30, 2006 a copy of the foregoing "Defendant's Motion For Enlargement Of Time To File Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp