IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT

Defendant, the United States, respectfully requests that the Court enlarge by seven days, from September 14, 2006, to September 21, 2006, the deadline for the parties to submit a joint status report pursuant to the Court's order dated August 8, 2006. This is our second request for an enlargement of time for this purpose. We previously obtained one enlargement of 14 days. Plaintiff, Don Worley & Company, LLC, currently has no counsel of record. Attorney Ted Hayden, whose motion to be substituted as counsel of record for Worley is pending, has authorized us to state that Worley does not oppose this motion.

This enlargement is requested because Mr. Hayden and Worley did not receive electronic notice of the Court's August 8, 2006 order. We advised Mr. Hayden of the Court's order by e-mail on September 12, 2006, and since then we have conferred with him and exchanged drafts of the status report. We respectfully request a seven-day extension in which to finalize the report.

For the reasons stated above, defendant respectfully requests that the Court grant this enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

September 14, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 14, 2006 a copy of the foregoing "Defendant's Motion For Enlargement Of Time To File Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp