IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR PERMISSION TO APPEAR AS COUNSEL OF RECORD

Comes now Ted M. Hayden, a member of The Hayden Law Firm, PLLC, and pursuant to Rule 83.1(C)(4), respectfully requests that this Honorable Court enter an order allowing him to appear as counsel of record for the Plaintiff Don Worley & Company, LLC, in the cause, and in support thereof would respectfully show and state unto the Court as follows:

1. That by Order dated December 22, 2005, this Court allowed prior counsel for the Plaintiff to withdraw as counsel of record;

2. That Movant was then retained by the Plaintiff to prosecute and protect its interests in the cause;

3. That as there is no existing counsel of record for the Plaintiff so that the name of said counsel does not need to be changed in accordance with Rule 83.1(C)(4), Movant requests permission to appear as counsel of record for the Plaintiff;

4. That as stated in the Affidavit of Appointment filed herewith and incorporated herein by reference, Movant has been so appointed to represent the interests of the Plaintiff;

For all the foregoing reasons, the Movant respectfully requests that an Order be entered allowing him to appear as counsel of record for the Plaintiff;

Respectfully submitted,

s/ Ted M. Hayden_____
Ted M. Hayden Tn. BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 telephone
(901) 737-6481 facsimile

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification to:

Roger A. Hipp
Commercial Litigation Branch
U. S. Department of Justice
Attention: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

/s Ted M. Hayden___________
Ted M. Hayden