IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

AFFIDAVIT OF APPOINTMENT

State of Tennessee )
)
County of Shelby )

First having been duly sworn, the affiant deposes and states as follows:

1. That he is a member of the bar of this Court, having been admitted on June 21, 2006;

2. That he has been appointed by the Plaintiff in the cause to represent its interests;

3. That he subsequent to the entry of an order by this court allowing prior counsel for the Plaintiff to withdraw, filed a Notice of Appearance with the Court on July 10, 2006, to act as counsel of record for the Plaintiff in the cause;

Further affiant stateth not.

Ted M. Hayden

Sworn to and subscribed before me, a Notary Public, in and for the state and county aforesaid, on this the 15th day of September, 2006.

Notary Public

My Commission Expires:

7/13/2010

JOHN E. MILFORD STATE OF TENNESSEE NOTARY PUBLIC SHELBY COUNTY MY COMM. EXP. 7-13-2010

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Af notarized Affidavit of Appointment has been served upon the following counsel of record in the above styled action by facsimile transmission and by placing a copy of same in the United States Mail, postage prepaid, on this the 15th day of September, 2006:

Roger A. Hipp, Esquire
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Ted M. Hayden