IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated September 26, 2006, plaintiff, Don Worley & Co., LLP ("Worley"), and defendant, the United States, respectfully submit the following joint status report.

As the Court is aware, all of the deadlines in the Court's previous scheduling orders expired during the period in which plaintiff was not represented by counsel. Prior to Worley's change in counsel, the parties substantially completed written discovery, but no depositions were taken.

Worley proposes to proceed by taking a limited number of depositions focused upon the critical legal issues arising out of the language of the contract between the parties. The parties have tentatively scheduled those depositions to take place in October and November. After those depositions have been taken, Worley intends to file a motion for summary judgment, and the Government may file a cross-motion for summary judgment. Accordingly, Worley proposes that the Court set a deadline of January 15, 2006 for plaintiff's dispositive motion.

Worley believes that proceeding with a limited series of depositions, followed by dispositive motions, would significantly increase the possibility of a resolution of this case without the need for further discovery. However, in the event that the dispositive motions do not

fully resolve this case, Worley may find it necessary to take additional depositions prior to trial. For this reason, Worley respectfully requests that a deadline for the completion of discovery not be set at this time, or that in the alternative, a deadline for the completion of discovery be set for a finite period of time to commence upon a ruling of the Court on the anticipated dispositive motions.

The Government does not object to Worley's proposed scheduling plan.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Ted M. Hayden
Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile

Attorneys for Don Worley & Company, LLC

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

September 29, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 29, 2006 a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp

-

-