# The United States Court of Federal Claims

**No: 04-1187 C**

January 22, 2007

**DON WORLEY & COMPANY, LLC,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**STATUS REPORT ORDER**

On September 29, 2006, the parties filed a Joint Status Report, which proposed a schedule with a January 16, 2007 deadline for filing dispositive motions. On October 11, 2006, this court issued a scheduling order permitting either party to file a dispositive motion by January 16, 2007. Neither party, however, to date, has filed a dispositive motion.

Accordingly, the parties **SHALL** file, by **Monday, January 29, 2007**, a **Joint Status Report** apprising the court of the status of this matter, and indicating how they wish to proceed.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**