IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT

Defendant, the United States, respectfully requests that the Court enlarge by four days, from January 29, 2007 to February 2, 2007, the deadline for the parties to submit a joint status report pursuant to the Court's order dated January 22, 2007. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Don Worley & Company, LLC, has authorized us to state that plaintiff does not oppose this motion.

This enlargement is requested because counsel were not available to confer with each other during most of the week of January 22, 2007. Counsel discussed the joint status report by telephone on January 23, and plaintiff's counsel has prepared a draft of the report. However, the Government's trial attorney was traveling for depositions in another case on January 24-25, and plaintiff's counsel was not in the office for most of the day of January 26. The proposed enlargement of time will allow counsel to finish discussing and drafting the report.

For the reasons stated above, defendant respectfully requests that the Court grant this enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

January 29, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 29, 2007, a copy of the foregoing "Defendant's Motion For Enlargement Of Time To File Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp