IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated January 22, 2007, the parties respectfully submit the following joint status report.

The discovery plan proposed by the parties in their status report dated September 29, 2006, and approved by the Court in its order dated October 11, 2006, called for the parties to proceed with discovery focused upon critical legal issues arising out of the language of the contract between the parties, to be followed by dispositive motions and additional depositions if appropriate.

The parties have carried out the first part of that plan by conducting depositions focused upon a key issue of contract interpretation. As a result of those depositions, counsel for both parties believe that they will be able to agree upon a stipulation concerning that issue, which will eliminate the need for dispositive motions on that issue. The parties intend to file a stipulation with the Court by February 16, 2007.

As to the remaining issues in the case, counsel have developed a plan to discuss settlement informally, then possibly proceed with formal alternative dispute resolution. The discussions involve time-consuming engineering review and computation of data established by the depositions conducted to date. The parties anticipate that these discussions may take as long

as 90 days to complete.

In the event that the settlement discussions are not successful, then the parties will need to take additional depositions. The current scheduling order calls for discovery to be completed by August 27, 2007, in the event that the previously anticipated dispositive motions did not fully resolve the case. The parties propose that the August 27, 2007 discovery cutoff remain in place. The parties also propose September 7, 2007, as the deadline for another status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Ted M. Hayden
Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile

Attorneys for Don Worley & Company, LLC

/s Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

February 2, 2007

Attorneys for Defendant