**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DON WORLEY & COMPANY, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 1: 04-cv-1187** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

## NOTICE OF DEPOSITION

To: Roger A. Hipp, Esquire
Commercial Litgation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Please take notice that the Plaintiff Don Worley Company, LLC, by and through counsel, will pursuant to Rule of the United States Court of Federal Claims 30, take the deposition of Donald Tudor on April 24, 2007, commencing at 9:00 a.m. in the offices of The Hayden Law Firm, 2198 Judicial Drive, Germantown, Tennessee 38138.

The Deposition may be recorded by audio-visual means and/or a simultaneous stenographic record will be made. The oral examination will continue from day-to-day until completed. You are invited to attend and take part as you deem necessary and proper.

This the 29th day of March, 2007.

Respectfully submitted,
The Hayden Law Firm, PLLC

By: s/ Ted M. Hayden
Ted M. Hayden #10471
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480
Attorneys and Counselors for the Plaintiff
Cornerstone Construction Company, Inc.

**CERTIFICATE OF SERVICE**

I, Ted M. Hayden, do hereby certify that a copy of the foregoing Notice of Deposition has been forwarded to the following counsel, via electronic notice, on this the 29th day of March, 2007:

Roger A. Hipp, Esquire
Commercial Litgation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

s/
Ted M. Hayden