IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated February 7, 2007, plaintiff, Don Worley & Co., LLP ("Worley"), and defendant, the United States, respectfully submit the following joint status report.

The parties have substantially completed fact discovery. The parties have consulted with experts and each other in an effort to reach an agreement concerning the quantity of excavated material for which Worley is entitled to payment. In the event that the parties cannot reach agreement upon that issue, the parties may take depositions of those experts.

Worley intends to file a dispositive motion. At this time, Worley's counsel believes that the motion will be one for partial summary judgment, and that some fact issues will remain for trial if the motion is granted. At this time, the Government does not intend to file a dispositive motion.

The parties are discussing the possibility of mediation or another form of alternative dispute resolution. However, the parties do not believe that the possibility of alternative dispute resolution should affect the scheduling of other events in this case.

Worley respectfully requests that trial be scheduled for early February 2008, or as soon thereafter as is convenient for the Court. The Government requests that trial be scheduled no

earlier than March 2008, because Government's counsel has another trial scheduled to begin on January 16, 2008.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

s/ Ted M. Hayden
Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile

Attorneys for Don Worley & Company, LLC

September 14, 2007

CERTIFICATE OF FILING

I hereby certify that on September 14, 2007, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp