**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DON WORLEY & COMPANY, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 1: 04-cv-1187** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Comes now the Plaintiff Don Worley & Company, LLC ("Worley") and files this Motion for Partial Summary Judgment pursuant to United States Court of Federal Claims Rule 56(a). In support of this Motion, Worley states that there is no genuine issue as to any material fact and that it is entitled to judgment as a matter of law that it is entitled to be paid for dirt excavation under the contract at issue based on the difference between the original survey and the theoretical contours on the project drawings.

For this reason, which is supported by Plaintiff's Rule 56(h)(1) Proposed Findings of Uncontroverted Facts and by the Memorandum in Support filed contemporaneously herewith, Worley requests that this Court grant its Motion for Partial Summary Judgment.

Respectfully,

/S/

Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile
Attorneys for Don Worley & Company, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, a copy of the foregoing document was filed electronically and transmitted to:

Roger A. Hipp
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/S/
Ted M. Hayden