# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **DON WORLEY & COMPANY, LLC,**<br>**Plaintiff,**<br>v.<br>**THE UNITED STATES OF AMERICA**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 1: 04-cv-1187** |

## AFFIDAVIT OF DON WORLEY

State of Alabama )
)
County of Covington )

First having been sworn, the Affiant deposes and states as follows:

1. That he is a competent, adult, resident citizen of Andalusia, Alabama;

2. That he is the sole owner and Chief Manager of the Plaintiff, Don Worley & Company, LLC ("Worley");

3. That attached hereto as Exhibit A, and incorporated herein by reference, is a copy of portions of the Contract executed and entered into by and between Worley, and the United States Corps of Engineers ("Corps") for the project at issue in this litigation (hereafter "the Contract");

4. That the affiant always understood, and in fact discussed with employees of the Corps, the fact that he was to be paid for dirt excavation on the project, under the Contract's excavation line item, in an amount equal to the difference between the original preconstruction contours on the site survey, and the theoretical contours shown on the project drawings;

5. That attached hereto as Exhibit "B," and incorporated herein by reference, is a Stipulation previously negotiated and agreed to by myself and the Corps, after the inclusion of the graphic diagram requested and drafted by the Corps, which was subsequently without my knowledge not filed with the Court by the Corps; and

6. That he has personal knowledge of the foregoing facts;

Further affiant stateth not.

Don Worley

State of Alabama
Covington County

Personally appeared before me, a Notary Public, in and for the state and county aforesaid, on this 18 day of March, 2008, Don Worley, with whom I am personally acquainted, or proved to me on the basis of satisfactory evidence, who acknowledged his execution of the aforesaid affidavit as his free act and deed.

Kathena Barnes
Notary Public

My Commission Expires: June 21, 2009

Respectfully,

Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile
Attorneys for Don Worley & Company, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, a copy of the foregoing document was mailed via United States mail, postage prepaid, to:

Roger A. Hipp
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/S/
Ted M. Hayden

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION

Pursuant to Appendix A, ¶ 17 of the Rules of the United States Court of Federal Claims, plaintiff, Don Worley & Company, LLC ("Worley"), and defendant, the United States, stipulate as follows:

(1) The contract at issue in this case, through Section 01025-1, provides that the quantity of ditch excavation to be paid for is to be calculated as the volume, by cubic yard, of a theoretical ditch, the boundaries of which are the original ground surface as determined by the pre-excavation ground survey and the theoretical slope lines of the design, as illustrated in the drawing below.



(2) The theoretical slope lines of the design, and not the actual as-built slope lines of the ditch as excavated by the contractor, are to be used in computing payment pursuant to Section 010125-1 of the contract at issue.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s
DEBORAH A. BYNUM
Assistant Director

/s
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

/s
Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile

Attorneys for Don Worley & Company, LLC

February 2, 2007