**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DON WORLEY & COMPANY, LLC,** | ) | |
| **Plaintiff,** | ) | **No. 1: 04-cv-1187** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**MOTION FOR STATUS CONFERENCE**

Comes now the Plaintiff, Don Worley & Company, LLC, by and through counsel, and respectfully requests that this Court schedule a status conference for the purpose of discussing a trial date and establishing other remaining deadlines, and in support thereof would respectfully show and state unto the Court as follows:

1. That after the Joint Status Report filed by the parties on September 13, 2007, the Plaintiff has filed a Motion for Partial Summary Judgment, but the parties have not received a trial date;

2. That the Respondent does not oppose this Motion ;

For the reasons above stated, the Plaintiff respectfully requests that this Court grant the Motion and schedule a status conference for the purpose of setting a trial date.

Respectfully,

/S/
Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile
Attorneys for Don Worley &
Company, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2008, a copy of the foregoing document was filed electronically and transmitted to:

Roger A. Hipp
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/S/
Ted M. Hayden