IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court enlarge by 22 days, from May 5, 2008, to May 27, 2008, the deadline for defendant's response to plaintiff's motion for partial summary judgment. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Don Worley & Company, LLC, has authorized us to state that plaintiff does not oppose this motion.

This enlargement is requested because of the undersigned trial attorney's responsibilities in other cases. In addition to this case, trial counsel is responsible for the following cases that have deadlines in the near future: Moore v. Office of Personnel Management, Fed. Cir. No. 2008-3165 (informal appellate brief due May 5, 2008); Toste v. United States, Fed. Cl. No. (joint status report due May 6, 2008); Terra Health v. United States, Fed. Cl. Nos. 08-139C and 159C (responses to complaints due May 6, 2008, and May 12, 2008); Structural Concepts, Inc. v. United States, Fed. Cl. No. 04-1141C (status report and proposed scheduling order due May 8, 2008); Oswalt v. United States, Fed. Cl. No. 97-733C (status conference on May 9, 2008); Jasmine International, Inc. v. United States, Fed. Cl. No. 07-829C (response to complaint due May 12, 2008); Adams Construction Co. v. United States, Fed. Cl. No. 04-1146C (status report

due May 14, 2008); Brown v. United States, Fed. Cl. No. 08-186C (response to complaint due May 19, 2008); and Commodity Solutions, Inc. v. United States, Fed. Cl. No. 08-28C (joint preliminary status report due May 19, 2008) .

In addition to the above cases, trial counsel is responsible for handling the following pending cases: Aeroplate Corp. v. United States, Fed. Cl. No. 08-81C; Agee v. United States, Fed. Cl. No. 04-1475C; Bennett v. United States, Fed. Cl. No. 06-572; Cronin v. United States, Fed. Cl. No. 06-133; Dunbar v. Office of Personnel Management, Fed. Cir. No. 2008-3054; House v. Department of Defense, Fed. Cir. No. 2008-3210; Impresa Construzioni v. United States, Fed. Cir. No. 2007-5009; International Air Response, Inc. v. United States, Fed. Cl. No. 00-428C; Inversa v. United States, Fed. Cl. No. 01-220C; Kuykendall v. Office of Personnel Management, Fed. Cir. 2007-3320; Mann v. United States, Fed. Cl. No. 98-312; McCrossan v. United States, Fed. Cl. No. 05-1065C; Tetra Tech, EC, Inc. v. United States, Fed. Cl. No. 06-146C; United States v. LHI, Inc., CIT No. 02-816; and United States v. Wilfran Agricultural Indus., CIT No. 07-231.

For the foregoing reasons, defendant respectfully requests that the Court enlarge by 22 days, from May 5, 2008, to May 27, 2008, the deadline for defendant's response to plaintiff's motion for partial summary judgment.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
by s/ Kirk T. Manhardt
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

May 5, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 5, 2008, a copy of the foregoing "Defendant's Unopposed Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp