IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court enlarge by 14 days, from May 27, 2008, to June 10, 2008, the deadline for defendant's response to plaintiff's motion for partial summary judgment. This is our second request for an enlargement of time for this purpose. We previously obtained one enlargement of 22 days. Counsel for plaintiff, Don Worley & Company, has authorized us to state that plaintiff will not oppose this motion.

We request this enlargement in order to have additional time in which to discuss our response to the motion with counsel for the interested agency, the United States Army Corps of Engineers. Agency counsel was out of the office during the week of May 12, 2008, because of business travel and a relative's funeral, and was unavailable to provide information concerning the motion during that time. Trial counsel did discuss the motion with agency counsel during the week of May 19, 2008, and, if this motion is granted, expects to complete its consultations with agency counsel by June 3, 2008.

For the foregoing reasons, defendant respectfully requests that the Court enlarge by 14 days, from May 27, 2008, to June 10, 2008, the deadline for defendant's response to plaintiff's motion for partial summary judgment.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
by s/ John J. Todor
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

May 27, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 27th, 2008, a copy of the foregoing "Defendant's Unopposed Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor