IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court enlarge by seven days, from June 10, 2008, to June 17, 2008, the deadline for defendant's response to plaintiff's motion for partial summary judgment. This is our third request for an enlargement of time for this purpose. We previously obtained two enlargements for a total of 36 days. Counsel for plaintiff, Don Worley & Company, has authorized us to state that plaintiff will not oppose this motion.

We request this enlargement in order to discuss a potential settlement of the issue raised in plaintiff's motion. Counsel for the parties have discussed a stipulation that would resolve the issue in question without the need for further briefing or involvement by the Court. Defendant requests that the deadline for filing a response be enlarged by one week, in which time defendant's trial counsel would seek authorization from the Attorney General's designated representative to enter into the proposed stipulation.

For the foregoing reasons, defendant respectfully requests that the Court enlarge by seven days, from June 10, 2008, to June 17, 2008, the deadline for defendant's response to plaintiff's motion for partial summary judgment.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

June 10, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 10th, 2008, a copy of the foregoing "Defendant's Unopposed Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp