IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION, OUT OF TIME, FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests, out of time, that the Court enlarge by six days, from June 17, 2008, to June 23, 2008, the deadline for defendant's response to plaintiff's motion for partial summary judgment. This is our fourth request for an enlargement of time for this purpose. We previously obtained three enlargements for a total of 42 days. Counsel for plaintiff, Don Worley & Company, is on vacation, so we did not request whether plaintiff will oppose this motion.

We request this enlargement in order to have additional time to discuss a potential settlement of the issue raised in plaintiff's motion. As we previously advised the Court, counsel for the parties have discussed a stipulation that would resolve the issue in question without the need for further briefing or involvement by the Court. Defendant's counsel has submitted a recommendation to the authorized representative of the Attorney General's regarding the proposed stipulation. The recommendation is still under consideration.

This motion, if granted, would not delay the resolution of plaintiff's motion for partial summary judgment. The earliest date on which the parties could file the proposed stipulation, if authorized, would be June 23, 2008, when plaintiff's counsel returns from vacation.

This motion is being filed out of time because of a mistake by defendant's trial counsel, who is responsible for drafting a settlement agreement in Agee v. United States, Fed. Cl. No. 04-1575C, which is due to be filed on June 20, 2008, and defendant's motion for summary judgment in Oswalt v. United States, Fed.Cl. No. 97-733C, which is due to be filed on June 20, 2008. As a result of counsel's attention to these and the other cases for which he is responsible,[1] he failed to submit a timely motion for an enlargement of time in this case. Counsel apologizes to the Court and to counsel for any inconvenience caused by his error.

For the foregoing reasons, defendant respectfully requests that the Court enlarge by five days, from June 18, 2008, to June 23, 2008, the deadline for defendant's response to plaintiff's motion for partial summary judgment.

---

[1] Defendant's trial counsel is also responsible for the following pending cases: Adams Construction Co. v. United States, Fed. Cl. No. 04-1146C; Bennett v. United States, Fed. Cl. No. 06-572; Brown v. United States, Fed. Cl. No. 08-186C; Jasmine International, Inc. v. United States, Fed. Cl. No. 07-829C; Commodity Solutions, Inc. v. United States, Fed. Cl. No. 08-28C; Cronin v. United States, Fed. Cl. No. 06-133; Dunbar v. Office of Personnel Management, Fed. Cir. No. 2008-3054; House v. Department of Defense, Fed. Cir. No. 2008-3210; Impresa Construzioni v. United States, Fed. Cir. No. 2007-5009; International Air Response, Inc. v. United States, Fed. Cir. No. 2008-5082); Fed. Cl. No. 00-428C; Inversa v. United States, Fed. Cl. No. 01-220C; Mann v. United States, Fed. Cl. No. 98-312; McCrossan v. United States, Fed. Cl. No. 05-1065C; Moore v. Office of Personnel Management, Fed. Cir. No. 2008-3165; Structural Concepts, Inc. v. United States, Fed. Cl. No. 04-1141C; Terra Health v. United States, Fed. Cl. Nos. 08-139C and 159C; Tetra Tech, EC, Inc. v. United States, Fed. Cl. No. 06-146C; Toste v. United States, Fed. Cl. No. 04-902; United States v. LHI, Inc., CIT No. 02-816; and United States v. Wilfran Agricultural Indus., CIT No. 07-231.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

June 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 19, 2008, a copy of the foregoing "Defendant's Motion, Out Of Time, For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp