IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1187C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION

Pursuant to Appendix A, ¶ 17 of the Rules of the United States Court of Federal Claims, plaintiff, Don Worley & Company, LLC ("Worley"), and defendant, the United States, stipulate as follows:

(1) The contract at issue in this case, through Section 01025-1, provides that the quantity of ditch excavation to be paid for is to be calculated as the volume, by cubic yard, of a theoretical ditch, the boundaries of which are the original ground surface as determined by the pre-excavation ground survey and the theoretical slope and grade lines of the design, as indicated on the contract drawings. An example is illustrated in the drawing below.



(2) The theoretical slope lines of the design, and not the actual as-built slope lines of the ditch as excavated by the contractor, are to be used in computing payment pursuant to Section 010125-1 of the contract at issue.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

/s
Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
7505 Capital Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile

Attorneys for Don Worley & Company, LLC

June 23, 2008