IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON WORLEY & COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1187C<br>(Judge Block) |

# JOINT STATUS REPORT

Pursuant to the Court's order dated August 1, 2008, plaintiff, Don Worley & Co., LLP ("Worley"), and defendant, the United States, respectfully submit the following joint status report.

None of the claims raised in the complaint has been resolved, with the exception of the excavation quantity claim that was the subject of the Court's partial summary judgment decision dated July 29, 2008. On August 11, 2008, defendant filed a motion for reconsideration of that decision. Plaintiff is currently reviewing the record and the applicable case law to determine whether to oppose the motion for reconsideration, and currently anticipates timely filing a response to the motion for reconsideration.

At this time, the parties do not intend to file dispositive motions concerning the remaining claims, and anticipate that those claims will need to be resolved by either settlement or trial. Plaintiff requests that a trial date be set as soon as practicable. Defendant requests that no trial be scheduled until after the Court has ruled upon the August 11, 2008 motion for reconsideration.

The parties intend to submit all claims to alternative dispute resolution prior ("ADR") to trial, but have not yet agreed upon an ADR plan or obtained the required approval of the

Attorney General's designated representative. In the event that the motion for reconsideration is granted, then the parties propose to exchange expert reports and take depositions concerning the excavation quantity, which would require additional time prior to trial.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
by s/ Donald E. Kinner
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

s/ Ted M. Hayden
Ted M. Hayden TN BPR No. 10471
The Hayden Law Firm, PLLC
2198 Judicial Drive
Germantown, Tennessee 38138
(901) 737-6480 phone
(901) 737-6481 facsimile

Attorneys for Don Worley & Company, LLC

August 22, 2008

CERTIFICATE OF FILING

I hereby certify that on August 22, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp